Certificate Number: 15317-NJ-DE-039634984

Bankruptcy Case Number: 25-13668



15317-NJ-DE-039634984

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2025, at 7:18 o'clock PM PDT, Andrew Jankowski completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 6, 2025

By: /s/Marvin Dela Cruz

Name: Marvin Dela Cruz

Title: Credit Counselor