UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.:    _____

Judge:    _____

Chapter:              13

Recommended Local Form:    ☐   Followed    ☐   Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION
OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, _____, upon my oath according to law, hereby certify as

follows:

1.    The below information is being supplied for compliance with the Confirmation

      Hearing date on _____.

2.    The above named Debtor(s) has /have paid all post petition amounts that are

      required to be paid under any and all Domestic Support Obligations.

3.    The above named Debtor(s) has/have filed all applicable Federal, State, and local

      tax returns, as required by 11 U.S.C. Section 1308.

4.      If the Confirmation hearing date stated in Paragraph 1 is adjourned for any

reason, an updated Certification will be filed with the Court prior to any

subsequent Confirmation hearing date in the event any of the information

contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: ____05/27/25_____           _____
                                                   Signature of Debtor

DATED: _____                     _____
                                                   Signature of Joint Debtor

new.5/23/06;jml