Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−13668−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew T Jankowski
   19 Whites Road
   Washington, NJ 07882

Social Security No.:
   xxx−xx−4101

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 15, 2025.

Dated: July 15, 2025
JAN: mjb

                         Jeanne Naughton
                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-13668-MEH
Andrew T Jankowski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jul 15, 2025      Form ID: plncf13      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew T Jankowski, 19 Whites Road, Washington, NJ 07882-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520614336 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 15 2025 20:51:00 | American Honda Finance, PO Box 7829, Philadelphia, PA 19101 |
| 520617994 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 15 2025 20:51:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520614337 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2025 20:53:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520614338 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 15 2025 20:52:31 | Capital One Auto, 7933 Preston Road, Plano, TX 75024-2359 |
| 520630285 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2025 20:52:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520696332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2025 20:52:48 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520681247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2025 20:53:21 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520614339 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2025 21:03:51 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520614340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2025 21:03:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520614341 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2025 20:51:00 | Comenity/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520614342 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 15 2025 21:03:54 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520614343 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 15 2025 20:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520677051 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 15 2025 20:51:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 520678822 | + | Email/Text: RASEBN@raslg.com | Jul 15 2025 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520614344 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 15 2025 20:52:25 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520650425 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2025 20:52:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520614345 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 15 2025 20:50:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 520614346 | + | Email/Text: netcreditbnc@enova.com | Jul 15 2025 20:51:25 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd., Ste 600, Chicago, IL 60604-2948 |
| 520614347 | + | Email/PDF: cbp@omf.com | Jul 15 2025 21:03:56 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 520633674 | + | Email/PDF: cbp@omf.com | Jul 15 2025 20:52:45 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520694526 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2025 20:52:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520614348 | + | Email/Text: BKMAIL@planethomelending.com | Jul 15 2025 20:50:00 | Planet Home Lending, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520694602 | + | Email/Text: BKMAIL@planethomelending.com | Jul 15 2025 20:50:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520682756 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2025 20:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520682761 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2025 20:51:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520614350 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2025 21:03:46 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614351 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2025 21:03:43 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520614352 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2025 20:53:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614353 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2025 20:52:45 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614354 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2025 20:53:10 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614355 | ^ | MEBN | Jul 15 2025 20:46:49 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520614356 | | Email/Text: bknotice@upgrade.com | Jul 15 2025 20:50:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520614349 | | spouse |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: plncf13 | Total Noticed: 35 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Planet Home Lending LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Andrew T Jankowski joan@joanlaverylaw.com |
| Richard Abel | on behalf of Creditor Planet Home Lending LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5