| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Capital One Auto Finance, a division of Capital One, N.A.* |

**Order Filed on February 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re: | Chapter: 13 |
|---|---|
| Andrew T. Jankowski | Case No.: 25-13668-MEH |
| Debtor. | Hearing Date: February 25, 2026 |
| | Judge Mark Edward Hall |

## CONSENT ORDER RESOLVING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 25, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor:              Andrew T. Jankowski
Case No.:            25-13668-MEH
Caption of Order:    **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Capital One Auto Finance, a division of Capital One, N.A. ("Creditor"), whereas the post-petition arrearage amount was $6,084.80 as of February 9, 2026, and whereas Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.    The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2020 BMW 2 Series Sedan 4D M235xi AWD 2.0L I4 Turbo; VIN: WBA13AL00L7F84862** provided that the Debtor complies with the following:

   a. On or before **February 15, 2026**, the Debtor shall pay the lump sum amount of $6,084.80 directly to Creditor; and

   b. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the February 15, 2026 payment** and continuing thereon per the terms of the underlying Contract.

2.    All direct payments due hereunder shall be sent directly to Creditor at the following address: **Capital One Auto Finance, c/o AIS Portfolio service, LLC, P.O. Box 4360, Houston, TX 77210**.

3.    The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.    If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

    5.    Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**

_Joan Warren_
_____

Joan Sirkis Warren, Esq.
Lavery & Sirkis
699 Washington Street, Suite 103
Hackettstown, NJ 07840
*Counsel to Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*