UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Capital One Auto Finance, a
division of Capital One, N.A.*

In re:

Andrew T. Jankowski

                 Debtor.

Order Filed on February 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 25-13668-MEH

Hearing Date: February 25, 2026

Judge Mark Edward Hall

### CONSENT ORDER RESOLVING MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 25, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor:           Andrew T. Jankowski
Case No.:         25-13668-MEH
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Capital One Auto Finance, a division of Capital One, N.A. ("Creditor"), whereas the post-petition arrearage amount was $6,084.80 as of February 9, 2026, and whereas Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.    The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2020 BMW 2 Series Sedan 4D M235xi AWD 2.0L I4 Turbo; VIN: WBA13AL00L7F84862** provided that the Debtor complies with the following:

   a.   On or before **February 15, 2026**, the Debtor shall pay the lump sum amount of $6,084.80 directly to Creditor; and

   b.   The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the February 15, 2026 payment** and continuing thereon per the terms of the underlying Contract.

2.    All direct payments due hereunder shall be sent directly to Creditor at the following address: **Capital One Auto Finance, c/o AIS Portfolio service, LLC, P.O. Box 4360, Houston, TX 77210**.

3.    The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.    If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

2

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**

*Joan Warren*
_____
Joan Sirkis Warren, Esq.
Lavery & Sirkis
699 Washington Street, Suite 103
Hackettstown, NJ 07840
*Counsel to Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-13668-MEH

Andrew T Jankowski                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

**Recip ID          Recipient Name and Address**
db          + Andrew T Jankowski, 19 Whites Road, Washington, NJ 07882-3614

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Planet Home Lending LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bk@stewartlegalgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Andrew T Jankowski joan@joanlaverylaw.com |
| Richard Abel | on behalf of Creditor Planet Home Lending LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Feb 25, 2026                         Form ID: pdf903                         Total Noticed: 1

TOTAL: 6