Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  25–13668–EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew T Jankowski
19 Whites Road
Washington, NJ 07882

Social Security No.:
xxx–xx–4101

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 15, 2025.

On June 23, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Eamonn James O'Hagan on:

Date:                August 12, 2026
Time:                10:00 AM
Location:            Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 23, 2026
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-13668-EJO

Andrew T Jankowski                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                             Page 1 of 3

Date Rcvd: Jun 23, 2026                            Form ID: 185                                          Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew T Jankowski, 19 Whites Road, Washington, NJ 07882-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520614336 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 23 2026 20:58:00 | American Honda Finance, PO Box 7829, Philadelphia, PA 19101 |
| 520617994 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 23 2026 20:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520614337 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2026 21:03:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520614338 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 23 2026 21:02:58 | Capital One Auto, 7933 Preston Road, Plano, TX 75024-2359 |
| 520630285 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2026 21:03:42 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520696332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2026 21:03:42 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520681247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 21:03:30 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520614339 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 21:13:59 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520614340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 21:03:45 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520614341 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2026 20:58:00 | Comenity/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520614342 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 23 2026 21:03:43 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520614343 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

District/off: 0312-3                          User: admin                                    Page 2 of 3
Date Rcvd: Jun 23, 2026                       Form ID: 185                                    Total Noticed: 37

| | | Jun 23 2026 20:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
|---|---|---|---|
| 520677051 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2026 20:58:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 520678822 | + Email/Text: RASEBN@raslg.com | Jun 23 2026 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520614344 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2026 21:03:40 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520650425 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 21:03:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520614345 | + Email/Text: Mercury@ebn.phinsolutions.com | Jun 23 2026 20:57:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 520614346 | + Email/Text: netcreditbnc@enova.com | Jun 23 2026 20:58:00 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd., Ste 600, Chicago, IL 60604-2948 |
| 520614347 | + Email/PDF: cbp@omf.com | Jun 23 2026 21:03:20 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 520633674 | + Email/PDF: cbp@omf.com | Jun 23 2026 21:02:46 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520694526 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2026 21:03:28 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520791894 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2026 21:02:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 520863622 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2026 21:02:56 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520614348 | + Email/Text: BKMAIL@planethomelending.com | Jun 23 2026 20:57:00 | Planet Home Lending, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520694602 | + Email/Text: BKMAIL@planethomelending.com | Jun 23 2026 20:57:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520682756 | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2026 20:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520682761 | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2026 20:58:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520614350 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 21:03:39 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614351 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 21:03:39 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520614352 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 21:03:39 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614353 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 21:03:20 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614354 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 21:03:20 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614355 | ^ MEBN | Jun 23 2026 20:52:32 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520614356 | Email/Text: bknotice@upgrade.com | Jun 23 2026 20:57:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 36

District/off: 0312-3                                     User: admin                                              Page 3 of 3

Date Rcvd: Jun 23, 2026                                 Form ID: 185                                           Total Noticed: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520614349 | | spouse |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520791893 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bk@stewartlegalgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Andrew T Jankowski joan@joanlaverylaw.com |
| Matthew K. Fissel | on behalf of Creditor Planet Home Lending LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Richard Abel | on behalf of Creditor Planet Home Lending LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7