Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−13668−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Andrew T Jankowski
19 Whites Road
Washington, NJ 07882

Social Security No.:
xxx−xx−4101

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 3, 2026.

Dated: September 3, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-13668-EJO

Andrew T Jankowski Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Sep 03, 2026 Form ID: plncf13 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew T Jankowski, 19 Whites Road, Washington, NJ 07882-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 03 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520614336 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 03 2026 21:48:00 | American Honda Finance, PO Box 7829, Philadelphia, PA 19101 |
| 520617994 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 03 2026 21:48:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520614337 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 21:55:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520614338 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 03 2026 21:56:01 | Capital One Auto, 7933 Preston Road, Plano, TX 75024-2359 |
| 520630285 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2026 21:55:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520696332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2026 21:56:21 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520681247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520614339 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:23 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520614340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:12 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520614341 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 03 2026 21:47:00 | Comenity/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520614342 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 03 2026 21:56:20 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520614343 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 03 2026 21:47:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520677051 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2026 21:48:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 520678822 | + | Email/Text: RASEBN@raslg.com | Sep 03 2026 21:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520614344 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2026 21:55:53 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520650425 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:55:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520614345 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 03 2026 21:46:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 520614346 | + | Email/Text: netcreditbnc@enova.com | Sep 03 2026 21:48:00 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd., Ste 600, Chicago, IL 60604-2948 |
| 520614347 | + | Email/PDF: cbp@omf.com | Sep 03 2026 21:55:52 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 520633674 | + | Email/PDF: cbp@omf.com | Sep 03 2026 21:56:15 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520694526 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 21:55:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520791894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 21:56:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 520863622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 21:55:59 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520614348 | + | Email/Text: BKMAIL@planethomelending.com | Sep 03 2026 21:47:00 | Planet Home Lending, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520694602 | + | Email/Text: BKMAIL@planethomelending.com | Sep 03 2026 21:47:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520682756 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2026 21:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520682761 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2026 21:47:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520614350 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:55:53 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614351 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:56:21 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520614352 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:56:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614353 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:55:52 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614354 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:56:17 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520614355 | ^ | MEBN | Sep 03 2026 21:46:03 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520614356 | | Email/Text: bknotice@upgrade.com | Sep 03 2026 21:46:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520614349 | | spouse |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520791893 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bk@stewartlegalgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Andrew T Jankowski joan@joanlaverylaw.com |
| Matthew K. Fissel | on behalf of Creditor Planet Home Lending LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Richard Abel | on behalf of Creditor Planet Home Lending LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7